People v Anderson

2026 NY Slip Op 02464

April 23, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Durell Anderson, Defendant-Appellant.

Decided and Entered: April 23, 2026

Ind No. 1397/21, 71988/22|Appeal No. 6450|Case No. 2023-04194|

Before: Scarpulla, J.P., Friedman, Gesmer, Shulman, Chan, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Benjamin Rutkin-Becker of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Andrew H. Chung of counsel), for respondent.

[*1]

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Brendan T. Lantry, J.), rendered June 29, 2023,

Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,

It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 23, 2026

Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.